JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONG HE, | CV 25-2947 PA (ASx) |
| Plaintiff, | JUDGMENT |
| v. | |
| USCIS CALIFORNIA SERVICE CENTER, | |
| Defendant. | |

Pursuant to the Court's August 6, 2025 Minute Order dismissing this action for lack of prosecution,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED: August 6, 2025

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE